**Order entered March 28, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01423-CV

**INTERNATIONAL FIDELITY INS. CO., Appellant**

**V.**

**THE DALLAS COUNTY BAIL BOND BOARD, ACCREDITED CASUALTY & SURETY COMPANY, INC., MARK TOLIVER, II, AGENT D/B/A DAVID'S BAIL BONDS AND MARK TOLIVER, II, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16793**

## ORDER

Before the Court is appellee Accredited Surety and Casualty Company, Inc.'s March 27, 2019 unopposed first motion for extension of time to file brief. We **GRANT** the motion and **ORDER** Accredited Surety's brief be filed no later than April 26, 2019.

/s/    KEN MOLBERG
            JUSTICE